428 A.2d 255

Commonwealth v. Foust, Appellant.

Reargument Denied Sept. 24, 1980.

Argued November 13, 1979.   Herman M. Rodgers, for appellant;   William G. Martin, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

PRICE, J., dissented.

428 A.2d 256

Commonwealth v. Fraley, Appellant.

Argued April 12, 1979.   H. David Rothman, for appellant;   David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.